

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Asset, Consulting Experts, LLC and
Michael C. Evans, Appellants

No. 06-15-00048-CV      v.

Jonathan Sistrunk, Appellee

Appeal from the 170th District Court of
McLennan County, Texas (Tr. Ct. No. 2015-
321-4). Opinion delivered by Chief Justice
Morriss, Justice Moseley and Justice
Burgess participating.

As stated in the Court's opinion of this date, we find that the motion of the appellants to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the costs of this appeal be borne by the party incurring them.

RENDERED SEPTEMBER 10, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk